# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144817

SANDER KALAJ and ALIDA KALAJ,
      Plaintiffs-Appellees,

v

                                          SC: 144817
                                          COA: 298852
                                          Oakland CC: 2009-097742-NH

SYED MAHMOOD ALI KHAN, M.D.
and BASHA DIAGNOSTICS, P.C.,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the February 14, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

_____
                        Clerk

d0618